1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RONALD MOORE, | ) No. 1:12-CV-00003-LJO-SMS |
|---|---|
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| MARTHA L. LIMATA, TRUSTEE OF THE MARTHA L. LIMATA REVOCABLE TRUST DATED 8/30/01, et al., | ) |
| Defendants. | ) |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 10, 2012         MOORE LAW FIRM, P.C.


                                /s/Tanya E. Moore
                                Tanya E. Moore
                                Attorneys for Plaintiff Ronald Moore

///

*Moore v. Limata, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

1 **ORDER**

2 Good cause appearing,

3 IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4 The clerk is directed close this action.

7 IT IS SO ORDERED.

8 Dated:   **February 10, 2012**               /s/ Lawrence J. O'Neill
9                                                                             UNITED STATES DISTRICT JUDGE