1  Tanya E. Moore, SBN 206683
   K. Randolph Moore, SBN 106933
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California 95112
   Telephone (408) 298-2000
4  Facsimile (408) 298-6046

5  Attorneys for Plaintiff
   Ronald Moore

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:12-CV-00003-LJO-SMS |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| MARTHA L. LIMATA, TRUSTEE OF THE MARTHA L. LIMATA REVOCABLE TRUST DATED 8/30/01, et al., | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: February 10, 2012         MOORE LAW FIRM, P.C.


                                /s/Tanya E. Moore
                                Tanya E. Moore
                                Attorneys for Plaintiff Ronald Moore

///

*Moore v. Limata, et al.*
Notice of Voluntary Dismissal; [Proposed] Order

Page 1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

The clerk is directed close this action.

IT IS SO ORDERED.

Dated:   **February 10, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE